UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

    Plaintiff,

v.

PIERCE COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendant.

Case No. C06-5679

ORDER TO SHOW CAUSE RE: APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    This matter comes before the Court on Plaintiff's filing of an application to proceed in forma pauperis and a civil rights complaint under 42 U.S.C. § 1983. To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or a proper application to proceed *in forma pauperis*.

    On November 20, 2006, the Clerk received Plaintiff's Civil Rights Complaint and a form document entitled "Declaration and Application to Proceed In Forma Pauperis by a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983." Plaintiff's answer to the first question on the form document is that he is <u>not currently incarcerated</u>. The remainder of this first inquiry notes that if not incarcerated, than "DO NOT USE THIS FORM." Due to Plaintiff's use of a

ORDER - 1

form designed for the currently incarcerated, the Court is unable to make a proper determination whether he is entitled to proceed *in forma pauperis.*

ACCORDINGLY, the Courts ORDERS:

(1) Plaintiff shall seek to cure the above deficiency by paying the full $350.00 court filing fee or provide the appropriate information to the Court no later than December 22, 2006. Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and will result in dismissal on said date.

DATED this 1st day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2