1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10   HILARY WALLS,

11              Plaintiff,
                                                 Case No. C06-5679 FDB
12        v.
                                                 ORDER DENYING APPLICATION
13   PIERCE COUNTY SHERIFF'S                      TO PROCEED *IN FORMA PAUPERIS*
     DEPARTMENT, *et al.*,                        AND DISMISSING COMPLAINT
14
                Defendants.
15

16        By Order dated December 1, 2006, Plaintiff's application to proceed *in forma pauperis* was

17   found deficient as the Court was unable to determine eligibility for *in forma pauperis* status based on

18   the information submitted.  Plaintiff was ordered to show cause no later than December 22, 2006

19   why his application should not be denied or to cure the deficiency by paying the full $350.00 filing

20   fee.  Plaintiff has failed to avail himself of the opportunity to cure the deficiencies.

21        ACCORDINGLY,

22        IT IS ORDERED:

23        1.      Plaintiff's application to *proceed in forma pauperis* [Dkt #1] is **DENIED**.

24        2.      Plaintiff's civil rights complaint is **DISMISSED**, without prejudice.

25

26   ORDER - 1

1    DATED this 28th day of December, 2006.

2

3

4

5    FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2