UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILARY WALLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY SHERIFF'S<br>DEPARTMENT, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5679 FDB<br><br>ORDER DENYING MOTION FOR<br>EXTENSION OF TIME AND TO<br>REOPEN CASE |

　　　　This matter comes before the Court on Plaintiff Walls' request for additional time to show cause and to reopen his application to proceed *in forma pauperis*.

　　　　By Order dated December 1, 2006, Plaintiff's application to proceed *in forma pauperis* was found deficient as the Court was unable to determine eligibility for *in forma pauperis* status based on the information submitted. Plaintiff was ordered to show cause no later than December 22, 2006 why his application should not be denied or to cure the deficiency by paying the full $350.00 filing fee. Plaintiff failed to avail himself of the opportunity to cure the deficiencies. On December 28, 2006 the application to proceed in forma pauperis was denied and judgment entered dismissing the complaint without prejudice.

　　　　Plaintiff's incarceration does not excuse his failure to show cause or provide justification to

ORDER - 1

reopen this matter.

ACCORDINGLY,

IT IS ORDERED:

Plaintiff's motion for an extension of time and to reopen this case is **DENIED.**

DATED this 29th day of January, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2